■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM RUIZ, Appellant. [655 NYS2d 382] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Lipp, J.), rendered April 21, 1995, convicting him of criminal sale of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes*, 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see*, CPL 470.15 [5]).

The defendant's remaining contentions are either unpreserved for appellate review or without merit. Rosenblatt, J. P., Ritter, Copertino and Krausman, JJ., concur.